# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF EDWARD RAMOS III, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MERCED, et al, <br><br> Defendants. | **Case No. 1:25-cv-00757-KES-SKO** <br><br> **ORDER GRANTING UNOPPOSED PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** <br><br> **(Doc. 4)** |

The Court, having considered the Petition of Yulelba Gamez for Appointment as Guardian ad Litem for E.R. (Doc. 4), minor plaintiff in the above-referenced action, along with the declaration in support of the Petition, to which no opposition has been filed and good cause appearing,

IT IS HEREBY ORDERED that Yulelba Gamez be, and is hereby, appointed as Guardian Ad Litem for E.R. in the above-referenced action pursuant to Federal Rule of Civil Procedure 17(c)(2). *See* E.D. Cal. Local Rule 202(a).

IT IS SO ORDERED.

Dated:  **August 18, 2025**           */s/ Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE